UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) Mag. No. 1:13-MJ-19 |
| KHARI MATTHEW TROUTMAN | ) |

## MEMORANDUM AND ORDER

In accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure and in accordance with the Bail Reform Act, 18 United States Code § 3142(f), the preliminary hearing was held in this action on February 6, 2013. Those present at the hearing included:

(1) AUSA Jay Woods for the United States of America.
(2) The defendant, KHARI MATTHEW TROUTMAN.
(3) Attorney Anthony Martinez for defendant.
(4) FBI Special Agent Leane Ruth Blevins.
(5) Deputy Clerk Kelli Jones.
(6) Court Reporter Shannan Andrews.

A detention hearing was waived at the February 4, 2013 initial appearance.

### Preliminary Hearing - Proof

AUSA Woods called FBI Special Agent Leane Ruth Blevins as a witness. She testified to the facts outlined in the affidavit attached to the criminal complaint.

### Findings

Having heard and considered the testimony of the SA Blevins during the preliminary hearing and the sworn Affidavit/Complaint, the undersigned finds:

(1) There is probable cause to believe that there has been a violation of 18 U.S.C. § 2422(a), knowingly transporting an individual in interstate commerce with the intent for the individual to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, committed in the Eastern District of Tennessee.

(2) There is probable cause to believe the defendant committed the aforesaid offenses.

### Conclusions

It is therefore ORDERED:

(1)   The defendant is held to answer the charges against him in the District Court.

(2)   The defendant's next appearance shall be before a U.S. Magistrate Judge at **10:00 a.m. on Wednesday, February 27, 2013.**

ENTER.

                                              S /*William B. Mitchell Carter*
                                              UNITED STATES MAGISTRATE JUDGE